McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:04-CR-05278 OWW |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE |
| ) | SENTENCING HEARING AND |
| ) | GOVERNMENT'S RESPONSIVE DATE |
| v. ) | |
| ) | |
| IGNACIO SOTO HINOJOSA, ) | Date: July 17, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Courtroom 2 |
| _____) | |

IT IS SO ORDERED THAT the date for the sentencing hearing of defendant IGNACIO SOTO HINOJOSA be continued from July 17, 2006 at 9:00 a.m. to July 31, 2006 at 9:00 a.m. and that the government's response to defendant's objections to the presentencing report be due on July 17, 2006.


Dated: July 14, 2006        /s/ OLIVER W. WANGER_____
                            OLIVER W. WANGER
                            United States District Judge

1