```
McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:04-CR-05278 OWW |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE |
| ) | SENTENCING HEARING AND |
| ) | GOVERNMENT'S RESPONSIVE DATE |
| v. ) | |
| ) | |
| IGNACIO SOTO HINOJOSA, et al., ) | Date: November 14, 2006 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Courtroom 3 |
| _____ ) | |

   IT IS SO ORDERED THAT the date for the sentencing hearing of defendants, IGNACIO SOTO HINOJOSA and CONRADO SOTO HINOJOSA, be continued from to November 14, 2006 at 9:00 a.m. to December 14, 2006, and that the government's response to defendants' objections to the presentencing report be due on November 30, 2006.

IT IS SO ORDERED.

**Dated:   November 9, 2006**            /s/ Oliver W. Wanger
emm0d6                        UNITED STATES DISTRICT JUDGE

1