IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IGNACIO SOTO HINOJOSA, | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. CV-10-501 OWW (No. CR-F-04-5278 OWW)   MEMORANDUM DECISION AND ORDER DENYING PETITIONER'S MOTION FOR EXTENSION OF TIME |
| Petitioner, | | |
| vs. | | |
| UNITED STATES OF AMERICA, | | |
| Respondent. | | |

By Memorandum Decision and Order filed on April 7, 2010, Petitioner's motion to vacate, set aside or correct sentence was denied.  Judgment for Respondent was entered on April 7, 2010.

On April 19, 2010, Petitioner filed a "request extra [sic] time to file petitioner's response to clerk memorandum of denial" of his Section 2255 motion.  Petitioner relies on Rule 27, Federal Rules of Appellate Procedure.

Petitioner's request is DENIED.  Rule 27 has no application to proceedings in the District Courts.  Further, Petitioner's Section 2255 motion was denied on the merits without an ordered

response from Respondent pursuant to Rule 4, Rules Governing Section 2255 Proceedings for the United States District Courts. Because no response from Respondent was ordered, Petitioner is not entitled to file any reply brief.

IT IS SO ORDERED.

Dated:   May 5, 2010                       /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE